AO 91 (Rev. 11/11)  Criminal Complaint

# UNITED STATES DISTRICT COURT
for the

District of Rhode Island

| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) | |
| | ) | Case No. |
| | ) | *1:20-mj-05-PAS* |
| | ) | |
| | ) | |
| Himanshu Asri | ) | |
| | ) | |

*Defendant(s)*

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of _____February, 2019_____ in the county of _____ in the _____ District of ____Rhode Island____ , the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 1343; | Wire fraud; |
| 18 U.S.C. § 1349; and | Conspiracy to commit wire fraud; and |
| 18 U.S.C. § 2326. | Telemarketing or email marketing fraud. |

This criminal complaint is based on these facts:

See the attached Affidavit of Special Agent, Craig A. Graham, of the Federal Bureau of Investigation ("FBI").

☑ Continued on the attached sheet.

_____
*Complainant's signature*

Special Agent, Craig A. Graham ~ FBI
*Printed name and title*

Sworn to before me and signed in my presence.

Date: ___Jan 13, 2020___

_____
*Judge's signature*

City and state:        Providence, Rhode Island

Patricia A. Sullivan, U.S. Magistrate Judge
*Printed name and title*