PER 18 U.S.C. 3170

## DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT

BY: ☐ INFORMATION ☐ INDICTMENT ☒ COMPLAINT    CASE NO. *1:20-mj-0005-PAS*

Matter Sealed: ☐ Juvenile ☐ Other than Juvenile

☐ Pre-Indictment Plea ☐ Superseding ☐ Defendant Added
☐ Indictment ☐ Charges/Counts Added
☐ Information

USA vs.

Defendant: Himanshu Asri

Address: **REDACTED**

Birth Date

Social Security Number _____

Name of District Court, and/or Judge/Magistrate Location (City)

UNITED STATES DISTRICT COURT    RHODE ISLAND
DISTRICT OF RHODE ISLAND    Divisional Office

Name and Office of Person Furnishing Information on THIS FORM    AARON WEISMAN
☒ U.S. Atty ☐ Other U.S. Agency
Phone No. (401) 709-5000

Name of Asst. U.S. Attorney (if assigned)    Milind M. Shah

### PROCEEDING

Name of Complainant Agency, or Person (& Title, if any)
FBI ~ Craig A. Graham, Special Agent

☐ person is awaiting trial in another Federal or State Court (give name of court)

☐ this person/proceeding transferred from another district per (circle one) FRCrP 20, 21 or 40. Show District

☐ this is a reprosecution of charges previously dismissed which were dismissed on motion of:
☐ U.S. Atty ☐ Defense

☐ this prosecution relates to a pending case involving this same defendant. (Notice of Related Case must still be filed with the Clerk.)

☐ prior proceedings or appearance(s) before U.S. Magistrate Judge regarding this defendant were recorded under

SHOW DOCKET NO.

MAG. JUDGE CASE NO.

Place of offense    RHODE ISLAND    County

### DEFENDANT

Issue: ☑ Warrant ☐ Summons

Location Status:

Arrest Date _____ or Date Transferred to Federal Custody _____

☐ Currently in Federal Custody
☐ Currently in State Custody
☐ Writ Required
☐ Currently on bond
☐ Fugitive

Defense Counsel (if any): _____

☐ FPD ☐ CJA ☐ RET'D
☐ Appointed on Target Letter

☐ This report amends AO 257 previously submitted

## OFFENSE CHARGED - U.S.C. CITATION - STATUTORY MAXIMUM PENALTIES - ADDITIONAL INFORMATION OR COMMENTS

Total # of Counts 3

| Set | Title & Section/Offense Level (Petty = 1 / Misdemeanor = 3 / Felony = 4) | Description of Offense Charged | Felony/Misd. |
|---|---|---|---|
| | See Attached | | ☐ Felony ☐ Misdemeanor |
| | | | ☐ Felony ☐ Misdemeanor |
| | | | ☐ Felony ☐ Misdemeanor |
| | | | ☐ Felony ☐ Misdemeanor |
| | | | ☐ Felony ☐ Misdemeanor |
| | | Estimated Trial Days: 5 | ☐ Felony ☐ Misdemeanor |

## ATTACHMENT TO DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION – IN U.S. DISTRICT COURT

DEFENDANT:  Himanshu Asri

COUNT I: 18 U.S.C. § 1343: Wire Fraud – Felony.

MAXIMUM PENALTIES:  Imprisonment: 20 years; Supervised release: 3 years; Fine: $250,000; and Special assessment: $100.

COUNT II: 18 U.S.C. § 1349: Conspiracy to commit the aforementioned frauds – Felony.

MAXIMUM PENALTIES:  Imprisonment: 30 years; Supervised release: 5 years; Fine: $250,000; and Special assessment: $100.

COUNT III: 18 U.S.C. § 2326: Telemarketing or email marketing fraud – Felony.

MAXIMUM PENALTIES:  Imprisonment: 5 years; Supervised release: 3 years; Fine: $250,000; and Special assessment: $100.